**Opinion issued September 6, 2012**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-10-01131-CV**

—————————————

**HUNG TAN PHAN, Appellant**

**V.**

**TAN MINH CAO AND THUY DINH TRUONG, Appellees**

On Appeal from the 125th District Court
Harris County, Texas
Trial Court Case No. 2010-07135

**MEMORANDUM OPINION**

Appellant has notified this Court that "The appeal docketed in Cause Number 01-10-01131-CV is unnecessary. . . . Therefore, the appeal docketed under Cause No. 01-10-01131-CV may be dismissed." We interpret appellant's

statement as a motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Justices Higley, Sharp, and Huddle.